**Baxter, Baker, Sidle, Conn, & Jones, P.A.**
Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

Jonathan E. Goldberg
Direct Line (410) 385-8003
e-mail: jgoldberg@bbsclaw.com

Telephone (410) 230-3800
Facsimile (410) 230-3801

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 OCT 17 P 3: 28

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

October 10, 2003

Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
  Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 7D
Baltimore, Maryland 21201

    RE:    Paul Graham #306-621 v. Baltimore City Police Officer
             Joyce Jenkins, et al.
             Case No.: 1:02-cv-2570
             Our File No.: 99990-005

Dear Judge Blake:

    Pursuant to your Order of August 8, 2003, I am required to file a status report, initiate any necessary discovery, and amended the complaint, if appropriate within forty-five days of appointment. I was appointed to represent Mr. Graham on September 2, 2003. I am writing to request an extension of time within which to determine if it is necessary to amend the complaint. I have met with Mr. Graham and my interactions with him are somewhat difficult in as much as he is incarcerated and our correspondence does not reach each other promptly. Additionally, I am still accumulating the relevant materials to this claim and have not yet determined whether an Amended Complaint is required. Additionally, I would like to have an opportunity to review the Defendants' discovery responses to aid me in a decision whether to amend the complaint. I respectfully request an extension until November 15, 2003 to determine if an amended complaint is warranted.

    Thank you for your cooperation.

                                Very truly yours,

                                Jonathan E. Goldberg

JEG:bjq
cc:    Troy Priest, Esquire

*[Handwritten annotation: Extension until 11/15/03 is Granted. CCBlake USDJ 10/17/03]*