IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF MARYLAND

PAUL GRAHAM #306-621  \*
401 E. Madison Street
Baltimore, Maryland 21202  \*

   Plaintiff                      Case No.: 1:02-cv-2570

v.   \*

FRED WOOTEN   \*
Baltimore, Maryland

                   \*
and

JOYCE JENKINS   \*
Baltimore, Maryland

   Defendants   \*

\*   \*   \*   \*   \*   \*   \*

## JURY DEMAND

COMES NOW, the Plaintiff, Paul Graham, by and through counsel, Jonathan E. Goldberg and Baxter, Baker, Sidle, Conn & Jones, P.A., respectfully demands a trial by jury as to all issues.

                                         Respectfully submitted,

                                         _____
                                         Jonathan E. Goldberg
                                         Baxter, Baker, Sidle, Conn & Jones, P.A.
                                         120 E. Baltimore Street
                                         Suite 2100
                                         Baltimore, Maryland 21202
                                         (410) 230-3800
                                         Attorneys for Plaintiff

15