IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 NOV 17 P 2: 04

| | |
|---|---|
| PAUL GRAHAM #306-621 <br> 401 E. Madison Street <br> Baltimore, Maryland 21202 | * <br> * <br> * |
| Plaintiff | * Case No.: 1:02-cv-2570 |
| v. | * |
| FRED WOOTEN <br> Baltimore, Maryland | * <br> * |
| and | * |
| JOYCE JENKINS <br> Baltimore, Maryland | * <br> * |
| Defendants | * |

\* \* \* \* \* \* \*

## JURY DEMAND

COMES NOW, the Plaintiff, Paul Graham, by and through counsel, Jonathan E. Goldberg and Baxter, Baker, Sidle, Conn & Jones, P.A., respectfully demands a trial by jury as to all issues.

Respectfully submitted,

_____
Jonathan E. Goldberg
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street
Suite 2100
Baltimore, Maryland 21202
(410) 230-3800
Attorneys for Plaintiff

15