UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

December 11, 2003

Troy A. Priest, Esquire
Brown, Diffenderffer & Kearney, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230

Jonathan E. Goldberg, Esquire
Baxter, Baxter, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street
Suite 2100
Baltimore, MD 21202-1643

      Re:    <u>Paul Graham v. Baltimore City Police, et al.</u>
               <u>Civil No. CCB-02-2570</u>

Dear Counsel:

      This will confirm the schedule set during our conference call on November 20, 2003.

| | |
|---|---|
| Discovery deadline and<br>Submission of status report | March 19, 2004 |
| Jury Trial (3-4 days) | July 12, 2004 |

      If either counsel believe this does not accurately reflect the dates agreed-upon or I have overlooked any other deadlines, please let me know.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                         Sincerely yours,

/s/

Catherine C. Blake
United States District Judge