IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL GRAHAM | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: CCB-02-2570 |
| POLICE OFFICER JOYCE JENKINS, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Please remove the law firm of Brown, Diffenderffer & Kearney, LLP[1] as counsel in the above-captioned case and enter the appearance of Brown & Sheehan, LLP, Tide Point, The Tide Building, 1010 Hull Street, Suite 300, Baltimore, Maryland 21230.

_____
Troy A. Priest, Esquire
Brown & Sheehan, LLP
Tide Point, The Tide Building
1010 Hull Street – Suite 300
Baltimore, Maryland 21230
(410) 296-8500

*Attorneys for Defendants Joyce Jenkins
and Fred Wooten*

---

[1] Brown & Sheehan, LLP is the successor firm of Brown, Diffenderffer & Kearney, LLP as of January 1, 2004.

-1-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January 2004, a copy of the foregoing Defendants' Police Officer Joyce Jenkins and Police Officer Fred Wooten's Line was mailed, postage prepaid, via first class mail, to:

>Jonathan E. Goldberg, Esquire
>Baxter, Baker, Sidle, Conn & Jones, P.A.
>120 E. Baltimore Street
>Suite 2100
>Baltimore, Maryland 21202
>*Attorneys for Plaintiff*

_____
Troy A. Priest

-4-

Case 1:02-cv-02570-CCB   Document 38   Filed 01/09/2004   Page 4 of 5

-5-