**Baxter, Baker, Sidle, Conn, & Jones P.A.**
Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

Jonathan E. Goldberg
Direct Line (410) 385-8003
e-mail: jgoldberg@bbsclaw.com

Telephone (410) 230-3800
Facsimile (410) 230-3801

2004 MAR -4  A 10: 30

March 1, 2004

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAR  4 2004

UNITED STATES DISTRICT JUDGE

Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
 Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 7D
Baltimore, Maryland 21201

> RE:  Paul Graham #306-621 v. Baltimore City Police Officer
>       Joyce Jenkins, et al.
>       Case No.: 1:02-cv-2570
>       Our File No.: 99990-005

Dear Judge Blake:

I am writing to request an extension of the discovery deadline in this case, which is currently March 19, 2004. The parties are still in the process of exchanging written discovery and are attempting to find convenient times for the parties to be deposed. I would respectfully request, therefore, that the deadline be extended to April 30, 2004. This will not affect the trial of this case, which is scheduled to begin on July 12, 2004.

Thank you for your consideration of this request.

Very truly yours,

*[signature]*

Jonathan E. Goldberg

JEG:bjq

cc:   Troy Priest, Esquire

*Approved*
*CCB*
*USDJ  3/4/04*