UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy                                         Reply to Northern Division Address

**SECOND "ECF" WARNING**               March 4, 2004

Jonathan E. Goldberg
Baxter, Baker, Sidle, Conn, & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

                              Re:     Case No. CCB 02-2570

Dear Counsel/Party:

Your Correspondence dated 3/1/04 was received in paper format on 3/2/04.

- **[ X ]  The document should have been filed electronically. It has been scanned and filed electronically by court staff**.

- [ ]  The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

- [ ]  You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

**All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.**

If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

Please be advised that any future filings which are not made electronically may be returned to you.

                              Very truly yours,

                              ___/s/_____
                              Evaleen Gibbons
                              for
                              Felicia C. Cannon, Clerk

cc:     Other counsel/party

U.S. District Court (Rev. 10/21/2003) - Warning letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**