# Baxter, Baker, Sidle, Conn, & Jones P.A.
Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland  21202-1643

Jonathan E. Goldberg                                                                 Telephone (410) 230-3800
Direct Line (410) 385-8003                                                           Facsimile (410) 230-3801
e-mail: jgoldberg@bbsclaw.com

June 21, 2004

Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
 Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 7D
Baltimore, Maryland 21201

      RE:    Paul Graham #306-621 v. Baltimore City Police Officer
               Joyce Jenkins, et al.
            Case No.: 1:02-cv-2570
            Our File No.: 99990-005

Dear Judge Blake:

      As you know, I was appointed by the Court to represent Mr. Graham in the above referenced action.  I have met with him on several occasions and although we do not have the best relationship, I attempted to discharge my duties as an officer of the Court and as an advocate for him.  I now feel, however, that our relationship has deteriorated to the point that I can no longer represent him and respectfully request that the Court strike my appearance and assign new counsel to represent Mr. Graham.

      Although I recognize that trial is scheduled to begin on July 12, 2004, I believe that Mr. Graham's interests would be best served by having new counsel appointed for him.

      Thank you for your consideration of this request.

                              Very truly yours,

                              /s/

                              Jonathan E. Goldberg

JEG:bjq
  cc:    Troy Priest, Esquire
          Paul Graham #306-621