# Baxter, Baker, Sidle, Conn, & Jones P.A.

Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

Jonathan E. Goldberg Telephone (410) 230-3800
Direct Line (410) 385-8003 Facsimile (410) 230-3801
e-mail: jgoldberg@bbsclaw.com

June 22, 2004

Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
 Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 7D
Baltimore, Maryland 21201

 RE: Paul Graham #306-621 v. Baltimore City Police Officer
 Joyce Jenkins, et al.
 Case No.: 1:02-cv-2570
 Our File No.: 99990-005

Dear Judge Blake:

 In follow up to my letter to you yesterday, I am willing to meet with Mr. Graham in the next day or two in an attempt to work through our differences. I will advise the Court by the end of the week whether I feel it necessary to request that new counsel be provided for him.

 Thank you for your cooperation.

 Very truly yours,

 /s/
 Jonathan E. Goldberg

JEG:bjq
 cc: Troy Priest, Esquire
 Paul Graham #306-621