# Baxter, Baker, Sidle, Conn, & Jones P.A.
Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

Jonathan E. Goldberg  Telephone (410) 230-3800
Direct Line (410) 385-8003  Facsimile (410) 230-3801
e-mail: jgoldberg@bbsclaw.com

June 25, 2004

Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
 Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 7D
Baltimore, Maryland 21201

    RE:    Paul Graham #306-621 v. Baltimore City Police Officer
               Joyce Jenkins, et al.
           Case No.: 1:02-cv-2570
           Our File No.: 99990-005

Dear Judge Blake:

    I have met with Mr. Graham and I believe that I can continue to represent his interests in this case. Therefore, I withdraw my request to have new counsel appointed for him.

    Thank you for your cooperation.

Very truly yours,

/s/

Jonathan E. Goldberg

JEG:bjq
cc:    Troy Priest, Esquire
       Paul Graham #306-621