UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MARYLAND

RECEIVED
S. MARSHAL
[BA]LTIMORE MD

30 P 3: 42

PAUL GRAHAM
   v.                                         CIVIL NO. CCB-02-2570
FRED WOOTEN, ET AL

TO: WARDEN, MARYLAND CORRECTIONAL ADJUSTMENT CENTER, 401 East Madison Street, Baltimore, Maryland 21202, AND UNITED STATES MARSHAL FOR THE DISTRICT OF MARYLAND

GREETINGS

YOU ARE HEREBY COMMANDED to have the body of PAUL GRAHAM, #306-621, by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable Catherine C Blake, United States District Judge of the United States District Court for the District of Maryland, in the City of Baltimore, at 10:00 a.m., on the 12th day of July, 2004, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ, and to return to Maryland Correctional Adjustment Center, 401 East Madison Street, Baltimore, Maryland 21202, his original place of incarceration after said trial which is expected to last four (4) days.

WITNESS the Honorable James K. Bredar

United States Magistrate Judge at Baltimore, Maryland

this 30th day of June, A.D. 2004

LET THIS WRIT BE ISSUED
AS PRAYED THIS 30th DAY OF
JUNE 2004

*/s/ James K. Bredar*
JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE

FELICIA CANNON
                                Clerk.
By *Donna Cowan*
                          Deputy Clerk.