# PAUL GRAHAM

vs.

# FRED WOOTEN, et al

Civil No. CCB-02-2570

Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 7/12/04 | ----- | 2 Letters dated 6/21/04 and 6/22/04 Re: Continued representation. |
| 2 | 7/12/04 | ------ | 8 Combination of typed and handwritten pages |
| | | | |
| | | | FILED |
| | | | LODGED |
| | | | ENTERED |
| | | | RECEIVED |
| | | | JUL 1 2 2004 |
| | | | BY |
| | | | CLERK AT BALTIMORE |
| | | | U.S. DISTRICT COURT |
| | | | DISTRICT OF MARYLAND |
| | | | DEPUTY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List