IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL GRAHAM | * | |
| Plaintiff | * | |
| v. | * | Civil No.:  1:02-cv-2570 |
| JOYCE JENKINS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW APPEARANCE**

Movants, Jonathan E. Goldberg and Baxter, Baker, Sidle, Conn & Jones, P.A. pursuant to Local Rule 101.2 move for an order withdrawing their appearance as counsel for Plaintiff, Paul Graham.

Movants certify that on July 12 and 13, 2004, more than five days before filing of this motion, Movants mailed to Plaintiff Paul Graham #306-621, 401 E. Madison Street Baltimore, Maryland 21202, written notice advising of counsels' proposed withdrawal and notifying Mr. Graham to either request to have new counsel enter an appearance or to advise the clerk that he will be proceeding without counsel.

WHEREFORE, Movants respectfully request that their appearances as counsel for Plaintiff be withdrawn.

        Respectfully submitted,

        */s/ Jonathan E. Goldberg*
        Jonathan E. Goldberg #09610
        Baxter, Baker, Sidle, Conn & Jones, P.A.
        120 E. Baltimore Street
        Suite 2100
        Baltimore, Maryland 21202
        (410) 230-3800

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2004, a copy of the foregoing Motion to Withdraw Appearance was sent via electronic filing to:

Troy A. Priest, Esquire
Brown, Diffenderffer & Kearney, L.L.P.
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

*Attorneys for defendants*

        */s/ Jonathan E. Goldberg*
        Jonathan E. Goldberg